No. 93–1223. SOKAOGON CHIPPEWA COMMUNITY *v.* EXXON CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1225. VICKROY *v.* ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1227. COMPRESSION POLYMERS, INC., ET AL. *v.* SANTANA PRODUCTS, INC. C. A. 3d Cir. Certiorari denied.

No. 93–1228. BURGHART *v.* LANDAU ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1232. KALEJS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 93–1234. MONIN *v.* MONIN ET AL. Ct. App. Ky. Certiorari denied.

No. 93–1235. AUSTIN ET AL. *v.* UNITED PARCEL SERVICE. Sup. Ct. Vt. Certiorari denied.

No. 93–1236. CORDERO *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 93–1237. QUISENBERRY *v.* STELLY-HOVEN, INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–1239. TUCKER *v.* PACE INVESTMENTS ET AL. App. Ct. Conn. Certiorari denied.

No. 93–1243. GRACE ET AL. *v.* TABRON. C. A. 3d Cir. Certiorari denied.

No. 93–1244. FITZPATRICK ET AL. *v.* MACKEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1247. COLLIER ET AL. *v.* MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN ET AL. C. A. 3d Cir. Certiorari denied.